IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AIDA FERRER-FERRER<br><br>Plaintiff<br><br>v.<br><br>BERMUDEZ, LONGO, DIAZ-MASSO, S.E., et al<br><br>Defendants | CV. 11-1663 (CVR) |

### JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, entered an Opinion and Order on September 24th, 2013(Dkt. 75) granting defendant's Motion for Summary Judgment (Dkt. 43), and dismissing plaintiff's claims under the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.* with prejudice, as well as plaintiff's supplemental state law claims without prejudice.

WHEREFORE, it is

**ORDERED AND ADJUDGED** that all claims filed by plaintiff against defendant under the Age Discrimination in Employment Act be and hereby are **dismissed with prejudice**, and all of plaintiff's supplemental state law claims are **DISMISSED without prejudice**.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 30th day of September  2013.

FRANCES RIOS DE MORAN
CLERK OF COURT

S/ Yelitza Rivera-Buonomo
Deputy Clerk